# IN THE UNITED STATES DISTRICT COURT DISTRICT OF BROWNSVILLE

## CIVIL COVER SHEET

1. a) Plaintiffs Franklin S Simms | Defendants Brownsville Sheriffs office, US Customs Herbert walker Bush - one of the five John Does and Boy a John Doe

b) County of residence plaintiff Kidnapped by USA. | County of residence defendant Cameron Co Tx

c) Attorney: Self represented

Basis of Jurisdiction:
☑ US Government defendant

Citizenship of Principal Parties
PTF Def
    ✓   Citizen of this state
✓       Subject of a foreign nation
    ✓   Incorporated principal place USA.
✓       Foreign Nation

Torts
☑ 320 Assault, Libel & Slander ☑ 330 Federal employee Liability

Habeas Corpus
☑ 550 Civil Rights

Page 1 Continued next page

# CIVIL COVER SHEET continued

origin

V. ☑ original proceeding

Cause of action

VI. Attempted murder by conspiracy and physical attempt to kill me twice, Assault of me, theft of my property Libel & slander untrue statements made by Jailers, deputy sheriffs office false imprisonment to moleste me to obtain nude pornography

VII. Requested in Complaint 150 billion American dollars in Compulsatory damages, 600 billion American dollars in punitive damages. Cameron County Jail closure loss of job for Jail employees of Cameron County, US Customs Brownsville Tx, Herbert walker Bush loses his presidential pension.

Related Cases

Date 10-22-13

Signature of Attorney of Record

Franklin S Simms

For office use _____ receipt # _____ Amount

_____ Applying IFP _____ Judge _____ mag Judge

Page 2