United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FRANKLIN S. SIMMS | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| CUSTOMS AND BORDER PROTECTION | ) | B-13-230 |
| EMPLOYEES 2012 AND 2013, ET AL. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights complaint. After having reviewed the Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 16 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to all parties of record.

DONE on this 29th day of March, 2017, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE